

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 1, 1970

Hon. Enrique H. Pena                    Opinion No. M- 679
County Attorney
Room 201, City-County Bldg.    Re:    Whether a Justice of
El Paso, Texas    79901                the Peace who transfers
                                       a criminal case to
Attention:  Steve W. Simmons           another Justice of the
            First Assistant            Peace in the same county
                                       is entitled to a four
                                       dollar fee as provided
                                       in Art. 1052, Texas Code
Dear Sir:                              of Criminal Procedure?

        You have asked an opinion of this office as to
whether a Justice of the Peace on a fee basis is entitled
to a fee for a criminal case which he has transferred
to another court in the same county.

        Art. 1052, Texas Code of Criminal Procedure,
provides, in part, as follows:

        "Four dollars ($4) shall be paid
        to the Justice of the Peace for
        each criminal action tried and
        finally disposed of before him...."

Art. 1052 answers your question fully.  By the use of
the conjunctive word, "and", the Legislature has made clear
its intent that a criminal action must be first tried,
and, in addition, must also be finally disposed of by
the Justice of the Peace before he is entitled to collect
the four dollar fee due him for the performance of
these two functions.

        Utilizing the rule of construction that words in
a statute should be construed with reference to the
common and ordinary usage of the words, we conclude
that the definition of "trial" as found in Article
1052 is well defined in Brackenridge v. State, 11 S.W.
630 (Tex.Civ.App. 1889, no writ).  Having before it
substantially the same statutory language as in Article
1052, the court held that a county judge was not
entitled to a fee for actions dismissed without trial.

-3244-

The Court said:

> "A trial is an examination before
> a competent tribunal, according
> to the laws of the land of the
> facts put into issue for the purpose
> of determining such issue."

Obviously, therefore, no trial is had by the justice court where that court transfers the case to another court for trial of the facts put into issue.

## SUMMARY

> "A Justice of the Peace is not entitled to
> collect a fee for actions transferred or
> dismissed without trial. Art. 1052, Texas
> Criminal Procedure."

Yours very truly,

Crawford C. Martin
Attorney General of Texas

Prepared by Bennie W. Bock, II
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
William J. Craig
Scott Garrison
Dunk Sullivan
Gordon Cass

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant Attorney General